FILED
2007 Jul-26 PM 02:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

DAVID CICERO PUCKETT,                )
                                     )
    Plaintiff,                       )
                                     )
vs.                                  )      1:07-CV-0785-RRA
                                     )
ATTORNEY WILLIAM T. DENSON,           )
                                     )
    Defendant.                        )

## MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on June 25, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed. No objections have been filed.[1]

    Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

    Done this 26th day of July 2007.



                                          L. SCOTT COOGLER
                                UNITED STATES DISTRICT JUDGE

---

[1] Mail sent to plaintiff at the only address he has provided the court was returned with the notation, "Return to Sender, Not Deliverable as Addressed, Unable to Forward."